30 Ill. App.2d 324 (1961)
174 N.E.2d 403
Village of Bensenville, a Municipal Corporation, et al, Appellants,
v.
County of DuPage, a Body Politic and Corporate, and Alvin F. Schmidt, Sr., and Hazel M. Schmidt, His Wife, Appellees.
Gen. No. 11,471.
Illinois Appellate Court  Second District, First Division.
May 6, 1961.
*325 Corrigan & Mackay, and Wm. A. Redmond, for appellant.
Edgar J. Elliott, for appellee.
(Abstract of Decision.)
Opinion by JUDGE McNEAL.
Affirmed.
Not to be published in full.